```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
              CASE NO. 08-14029-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

GABRIEL DOMINGUEZ,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**ON THE PETITION FOR VIOLATION OF PROBATION**

**THIS CAUSE** came before the Court upon the Petition for Violation of Probation filed on December 30, 2010.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on January 21, 2011. A Report and Recommendation filed on January 21, 2011 recommended that Defendant's term of probation be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Probation is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of April, 2011.

                                                      _____
                                                      DONALD L. GRAHAM
                                                      UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Diana Acosta, AUSA
        Dave Brannon, AFPD
```